UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
06-CV-3015(JMR/RLE)

| | |
|---|---|
| Russell P. Flewellen ) | |
| ) | |
| v.   ) | ORDER |
| ) | |
| Michael J. Astrue, ) | |
| Commissioner of Social ) | |
| Security ) | |

Plaintiff has timely objected to the Report and Recommendation, issued July 16, 2007 [Docket No. 18] by the Honorable Raymond L. Erickson, United States Chief Magistrate Judge.  The Magistrate recommended denying plaintiff's motion for summary judgment [Docket No. 10], and granting defendant's motion for summary judgment [Docket No. 13].

After a de novo review of the record, the Court adopts the Report and Recommendation.  Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for summary judgment [Docket No. 10] is denied.

2. Defendant's motion for summary judgment [Docket No. 13] is granted.

Dated: September 21, 2007

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge